PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: FERMIN, Daniel                                    Cr.: 08-00396-001
                                                                    PACTS #: 50791

Name of Sentencing Judicial Officer:   THE HONORABLE FAITH S. HOCHBERG
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/06/2008

Original Offense: Count One, Conspiracy to Distribute and Possess With Intent to Distribute Ecstasy; and Count Two, Conspiracy to Commit Robbery

Original Sentence: 65 months imprisonment (concurrent); 3 years supervised release (concurrent); $2,000 fine; $200 special assessment

Special Conditions: 1) drug testing/treatment; 2) financial disclosure; and 3) no new debt

Type of Supervision: Supervised Release              Date Supervision Commenced: 10/17/2012

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Failure to satisfy financial obligation. |

U.S. Probation Officer Action: The Probation Office recommends the case expire as scheduled since the order remains imposed as a final judgment. The offender has been instructed to continue payments to the Clerk's Office and the Clerk's Office will continue to monitor collection of this financial obligation.

Respectfully submitted,

By: Joseph Empirio, Sr. U.S.P.O.

*Joseph Empirio*  Joseph Empirio
                  2015.08.05 11:42:01
                  -04'00'

Date: 08/05/2015

Prob 12A – page 2
FERMIN, Daniel

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time – Case to Expire as Scheduled *(probation recommended)*

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

8/26/15
_____
Date